■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DE VINE, Appellant.— Motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ODUM, Appellant.— Motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term; appeal ordered to be placed on the calendar for October 10, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD STANLEY, Appellant.— Motion for leave to appeal as a poor person and for other relief, denied. An examination of the petition and other papers submitted on this motion and an examination of the papers submitted on the motion in the County Court, disclose that the remedy of *coram nobis* is not available to the appellant as a matter of law on any of the grounds urged by him. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN O'NEILL, Relator, against WARDEN, RAYMOND STREET JAIL, BROOKLYN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ASHER SCHARF et al., Respondents, v. FRANCES FRIEDKISS, Appellant. — Motion for leave to appeal to the Appellate Division and to dispense with printing granted. Motion for a stay pending appeal granted on condition: (1) that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar; (2) that, within 10 days after the entry of the order hereon, appellant deposit with the Clerk of the Municipal Court an amount equivalent to the total rent presently due under the terms of the original letting, as reduced by the Local Rent Administrator; and (3) that for each subsequent month appellant shall deposit with the said clerk the monthly rental as fixed by said Administrator. The appeal will be heard on the original papers, on typewritten additional papers and on the typewritten briefs of the parties. The parties are directed to file five copies of their brief and to serve one copy on the attorney for the adverse party. The appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ SALVATORE AMODEO, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— In an action to recover damages for personal injuries resulting from plaintiff's fall, during a snowfall, on an icy step of a stairway leading from an elevated railroad platform to the street, the plaintiff appeals